UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Robert Lee Gessell, | Civil No. 05-588 (JRT/RLE) |
| Plaintiff, | |
| vs. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Jo Anne B. Barnhart, Commissioner of Social Security, | |
| Defendant. | |

---

Leon A. Trawick, **TRAWICK & SMITH, PA,** 401 Second Avenue South, Suite 550, Minneapolis, MN 55401, for plaintiff.

Lonnie F. Bryan, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 U.S. Courthouse, 300 South Fourth St., Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation of United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. That the Plaintiff's Motion [Docket No. 24] for Summary Judgment is denied.

2. That the Defendant's Motion [Docket No. 27] for Summary Judgment is granted.

DATED: August 21, 2006
At Minneapolis, Minnesota                    s/John R. Tunheim_____
                                             JOHN R. TUNHEIM
                                             United States District Judge